```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Salwillel W.T. Fields

       v.                                    Civil No. 15-cv-374-LM

FCI Berlin, Warden


                            O R D E R

    No objection was filed in this case. Mr. Fields filed a Motion to Stay which I denied.  In light of this, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 26, 2017.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule

11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: September 20, 2017

cc: Salwillel W.T. Fields, pro se
      Seth R. Aframe, Esq.